# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

October 4, 2005

Sheldon K. Rennie
Fox Rothschild LLP
919 Market Street
Suite 1300
Wilmington, DE 19801

Counsel to the Trustee for the Estates
of Breuners Home Furnishings Corp, et al.

**Re:  Breuners Home Furnishings Corp, et al.
      Case No. 04-12030**

Dear Mr. Rennie:

Enclosed is a copy of a September 28, 2005 letter on behalf of a creditor, Aminta Murray,

As you can see, there are attached to the letter several prior letters on the same subject.

I have docketed the latest letter as well as the others and I am hereby requesting that you formally respond to these letters and file your response in the case.

Very truly yours,

Peter J. Walsh

PJW:ipm

Enc.

RECEIVED
SEP 29 2005
JUDGE WALSH

September 28, 2005

The Honorable Peter J. Walsh
United States Bankruptcy Judge
 for the District of Delaware
824 Market Street, 3rd Floor
Wilmington DE 19801

Re: Breuners
Case: 04-12030 (PJW)
Dockets #1122, #1139
Obj Dead. 9/29/05

Dear Judge Walsh:

While my mother has not had the advantage of being represented by counsel in this matter, nevertheless, I have earnestly attempted to clearly outline and support her very legitimate claim. We refuse to believe that the fact that we cannot afford to have an attorney represent us with legal-speak can be the pivotal factor in determining that she should be reimbursed immediately based on the contractual agreement and promises stipulated by Breuners that any purchases made prior to their bankruptcy notification (and if she responded by August 23, 2004, which she did) she would receive credit, period!

At this time, it appears our only chance for success is your willing consideration and participation in seeing that justice prevails.

Please see that my mother is reimbursed for the money that was taken by Breuners for goods purchased and paid for but not received.

Please help us. Thank you.

Very truly yours,

*Katherine D. Yackel*

Katherine D. Yackel for Aminta Murray
Daughter                    Creditor

August 23, 2005

The Honorable Peter J. Walsh  
United States Bankruptcy Judge  
 for the District of Delaware  
824 Market Street, 3rd Floor  
Wilmington DE 19801

Re: Brueners  
Case #04-12030(PJW)  
Obj. Dead. 9/1/05, 4pm

Dear Judge Walsh:

Once again, we are appealing to you for your assistance in resolving this issue of reimbursement for goods paid for yet not received.

On behalf of my mother, a widow on a fixed income, we are pleading to have some justice for a wrong that could so easily have been avoided if the people in positions to do so had just done their job. Brueners should be held to honor the post-bankruptcy notification agreement they made to either provide the items ordered or to credit the customer as long as the customer responded by August 23, 2004. We contacted them at least 9 times including the local sales staff who assured us we would be reimbursed in accordance with the promise made by headquarters.

We will not grow weary and capitulate to a system that permits thieves to hide behind the law. Judge Walsh, regardless of the indemnity provided by the bankruptcy laws, it is nothing less than outright stealing. Please help.

We respectfully request immediate resolution in favor of my mother, an injured party in this matter.

Very truly yours,

*Katherine D. Yackel*

Katherine D. Yackel for Aminta Murray  
Daughter                         Creditor

encl: copies previous responses/filings/supporting documentation

June 15, 2005

The Honorable Peter J. Walsh
United States Bankruptcy Judge
  for the District of Delaware
824 Market Street, 3rd Floor
Wilmington DE 19801

Dear Honorable Judge Walsh:

On behalf of my mother, Aminta Murray, and per the attached letters dated March 22, 2005 and January 26, 2005 and the supporting documentation, please enter her request for reimbursement as a response to the Motion for 'limiting notice and service to creditors' and the Motion to 'sell Debtors property with relief from creditors' that you will be considering at the hearing scheduled for June 30, 2005 at 2:30pm.

If anyone is entitled to 'relief' it certainly should be a widow on a fixed income. If the Breuners Estate, Trustee Montague S. Claybrook and their counsel Rox Rothschild LLP would rather not have to hear from us any more perhaps an order from you for them to cut a check for $329.46, the amount out of which they have cheated my mother, we would kindly oblige and never bother them again. I have enclosed a self-addressed, stamped envelope to facilitate this offer.

Judge Walsh, with all due respect, please oblige them to abide the just judgment my mother is seeking. You are the only one that has the power to do so. May you also have the will.

You have our gratitude for any assistance you can render in this matter.

Most Sincerely,

*Katherine D. Yackel* (signature)

Katherine D. Yackel for Aminta Murray
Daughter                 Creditor

encl: Copies of previous mailings/filings/supporting documentation

(USED BACK-UP RETURNED TO US FROM SHELDON RENNIE'S OFFICE)

March 22, 2005

The Honorable Peter J. Walsh
United States Bankruptcy Judge
for the District of Delaware
824 Market Street, 3rd Floor
Wilmington DE 19801

Dear Hononorable Judge Walsh:

I am writing you on behalf of my mother, Aminta Murray, who has been most definitely wronged. Back in January 2004, she purchased some items from Brueners Furniture store, paid in full on the spot. When the items were delivered in June of 2004, they delivered a wrong size box spring. She had ordered a full size bed for which she received the full size mattress with a king size box spring.

To begin with, how the man that delivered these items could not tell the difference in sizes between the full size mattress and a king size box spring is utterly ridiculous. However, the subsequent events trying to correct Brueners' error became nothing short of a frustrating nightmare. I dutifully followed all the instructions I was given as a means to obtain a refund. Brueners promised we would be refunded as her purchase date was prior to June 2004. Obviously, that never came to fruition.

Judge Walsh, my mother is a 78 year old widow on a fixed income. All her life she has been a very principled person who cannot understand why people would do her such an injustice. I am pleading with you to please review her case and find it in your heart to please see that she does receive the justice she is seeking.

Most sincerely,

*Katherine D. Yackel*

Katherine D. Yackel for Aminta Murray
(Daughter)         (Creditor)

enclosures: copies of previous filings and supporting documentation

January 26, 2005

Breuners Home Furnishings Corp
c/o AlixPartners, LLC
Attn: Breuners Claims Agent
2100 McKinney Avenue, Ste 800
Dallas TX 75201

To whom it may concern:

Enclosed is supporting documentation for goods purchased and paid for in full. Upon delivery of items, the wrong size of box spring was delivered and of course refused as it was a king size box spring instead of the full size purchased.

After repeated phone calls to the location where items were purchased. We were advised that they no longer had the item available and would not be ordering new ones. At that point we requested a refund. We were assured that we would receive a refund check in the mail.

Shortly thereafter, we received notification of the bankruptcy. We continued to call for refunds from both the location of purchase and subsequently from the corporate office numbers we were given. No one ever returned one of the dozen phone calls we made. As you can see from the documents, it has been one error after another on the part of Breuners, from sales, delivery and even the corporate office as evidenced by the invoice we received showing a balance due for the incorrectly referenced item instead of sending a refund.

Please do not allow such an injustice to stand. This is money owed to a widow on a fixed income. Further, do not allow them to confuse the previously credited footboard with the incorrect box spring delivered. Mrs. Murray is owed $329.46.

Sincerely,

*Katherine D. Yackel*            *Aminta Murray*
Katherine D. Yackel on behalf of Aminta Murray
(Daughter)                          (Purchaser/Creditor)

ENCLOSURES: COPY OF ORIGINAL INVOICE
COPY OF DELIVERY TICKET
COPY OF INCORRECT INVOICE FROM PURCHASE LOCATION
COPY OF INCORRECT INVOICE/INQUIRY FROM CORPORATE