**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

JUDGE PETER J. WALSH

824 MARKET STREET
WILMINGTON, DE 19801
(302) 252-2925

July 8, 2013

Michael G. Menkowitz, Esquire
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103-3222
Attorneys for Montague S. Claybrook,
Chapter 7 Trustee

**Re: Breuners Home Furnishings Corp., et al.**
     **Case No. 04-12030**

Dear Mr. Menkowitz:

I have enclosed a copy of a letter addressed to me dated June 28, 2013 from Barry Rudd LLC (Doc. # 1877).

Please respond to Mr. Rudd in writing with a copy of the written response being docketed in the case and a copy sent to Chambers.

Very truly yours,

Peter J. Walsh

PJW:ipm

cc: Barry Rudd (w/o enc.)