IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 7 |
| BREUNERS HOME FURNISHINGS CORP., | : Case No. 04-12030 (MFW) |
| Debtor. | : |
| | : **Objection Deadline: January 11, 2021** |
| | : **Hearing Date: Only if an objection is filed.** |

**APPLICATION OF THE LIQUIDATING TRUSTEE
OF THE FBI WIND DOWN, INC. LIQUIDATING TRUST
FOR PAYMENT OF UNCLAIMED FUNDS**

Alan D. Halperin, in his capacity as the Liquidating Trustee (the "Liquidating Trustee") of the FBI Wind Down, Inc. Liquidating Trust (the "Liquidating Trust"), by his undersigned counsel, files this application (the "Application") for the payment of unclaimed funds on deposit with the Court, and respectfully states as follows:

**JURISDICTION, VENUE,
AND STATUTORY PREDICATES**

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The predicates for the relief requested in this Application are 28 U.S.C. § 2042 and Local Bankruptcy Rule 3011-1(b) – (d).

**BACKGROUND REGARDING BREUNERS**

2. On July 14, 2004, Breuners Home Furnishings Corp. ("Breuners") filed with this Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

3. On February 8, 2005, Breuners' case was converted to a case under chapter 7.

4. On August 1, 2013, Alfred T. Giuliano (the "Chapter 7 Trustee") was appointed the successor chapter 7 trustee of Breuners' estate.

5. On October 16, 2019, the Court entered an order authorizing the Chapter 7 Trustee to make a final distribution in the Breuners' case.

6. On September 15, 2020, the Chapter 7 Trustee filed the *Application to Pay Unclaimed Check to the Court* [D.I. 2138] (the "Unclaimed Funds Application") requesting authority to deposit with the Clerk of Court the sum of $653,400.62. A copy of the Unclaimed Funds Application is annexed hereto as Exhibit A.

7. Among other things, the Unclaimed Funds Application lists the following uncashed distribution checks:

| Claim | Claimant | Address | City | State | Zip | Distribution |
|---|---|---|---|---|---|---|
| 23 | THOMASVILLE FURNITURE IND | P.O. Box 339 | Thomasville | NC | 27361 | $30.28 |
| 2067 | BROYHILL FURNITURE INDUSTR | One Broyhill Park | Lenoir | NC | 28633 | $139,945.25 |
| 2068 | HENREDON FURNITURE INDUST | 400 Henredon Road | Morganton | NC | 28655 | $228.84 |
| 3019 | LANE FURNITURE INDUSTRIES | 5380 HWY 145 South | Tupelo | MS | 38802 | $98,577.51 |
| | | | | | **Total:** | **$238,781.88** |

8. According to the official claims registered maintained in the Breuners case, the above listed claims (collectively, the "Breuners Claims") were filed in 2004 or 2005.

9. On October 19, 2020, the Court entered the *Amended Order to Pay Unclaimed Funds to the Court* [D.I. 2245].

**BACKGROUND REGARDING THE FBI WIND DOWN DEBTORS**

10. On September 9, 2013 (the "FBI Petition Date"), Furniture Brands International, Inc. (n/k/a FBI Wind Down, Inc.) and its affiliated debtors, including (i) Broyhill Furniture Industries, Inc. (n/k/a BFI Wind Down, Inc.), (ii) HDM Furniture Industries, Inc. (f/k/a Henredon

Furniture Industries, Inc. and n/k/a HFI Wind Down, Inc.), (iii) Lane Furniture Industries, Inc. (n/k/a LFI Win Down, Inc.), and (iv) Thomasville Furniture Industries, Inc. (n/k/a TFI Wind Down, Inc.) (collectively, the "FBI Debtors") filed with this Court voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

11. The FBI Debtors' cases are pending before Chief Judge Sontchi of this Court under lead case no. 13-12329.

12. On July 14, 2014, the Court entered an order (the "Confirmation Order"), *inter alia,* (i) confirming the FBI Debtors' Second Amended Joint Plan of Liquidation of FBI Wind Down, Inc. and Its Subsidiaries under Chapter 11 of the Bankruptcy Code [D.I. 1840] (as amended, the "Plan"),[1] (ii) establishing the Liquidating Trust, and (iii) the Liquidating Trustee. *See* Confirmation Order, page 34, ¶ 13, a copy of which is annexed hereto as Exhibit B.

13. On August 1, 2014 (the "Effective Date"), the Plan became effective and the assets of each of the FBI Debtors, including without limitation the Breuners Claims, were "transferred to and vested in the Liquidating Trust . . . ." Confirmation Order, p. 30, ¶ 11.

14. Pursuant to the Confirmation Order and the Plan, the Liquidating Trustee has the sole authority to recover and administer the unclaimed distributions on account of the Breuners Claims for the benefit of the Liquidating Trust.

**RELIEF REQUESTED AND BASIS THEREFOR**

15. Pursuant to 28 U.S.C. § 2042 and Local Bankruptcy Rule 3011-1(b) – (d), the Liquidating Trustee files this Application seeking payment of unclaimed funds. Attached as Exhibit C to this Application is Local Form 127, which is incorporated herein by reference.

---

[1] Capitalized terms used but not defined in this Motion have the meanings ascribed to such terms in the Plan.

16. In accordance with Local Bankruptcy Rule 3011-1(b), the Liquidating Trustee states that:

  i. A copy of the Chapter 7 Trustee's Unclaimed Funds Application is annexed hereto as Exhibit A.

  ii. As set forth above, the total amount to be withdrawn is $238,781.88 and such funds should be paid to the following:

     Alan D. Halperin
     Liquidating Trustee
     FBI Wind Down, Inc. Liquidating Trust
     c/o Halperin Battaglia Benzija LLP
     40 Wall Street, 37th Floor
     New York, New York 10005

     The last four digits of the Liquidating Trust's taxpayer identification number are -9924.

  iii. This Application is filed to recover the unclaimed distributions on account of the FBI Debtors' Breuners Claims, which unclaimed distributions became property of the FBI Debtors' estates upon the FBI Petition Date and which unclaimed distributions became property of the Liquidating Trust upon the Effective Date, pursuant to the terms of the Confirmation Order and Plan.

  iv. Attached hereto as Exhibit D is a proposed form of order authorizing and approving this Application.

17. In accordance with Local Bankruptcy Rule 3011-1(c), attached hereto as Exhibit E is the Liquidating Trust's IRS Form W-9.

18. In accordance with Local Bankruptcy Rule 3011-1(d) and 28 U.S.C. § 2042, a copy of this Application is being served on (i) the United States Attorney for the District of Delaware, (ii) the Office of the United States Trustee for the District of Delaware, and (iii) the Chapter 7 Trustee.

WHEREFORE, the Liquidating Trustee respectfully requests that the Court enter the Proposed Order attached hereto as **Exhibit D** granting this Application and authorizing and

directing the payment of $238,781.88 to the Liquidating Trustee on behalf of the Liquidating Trust and granting such further relief as the Court deems appropriate under the circumstances.

Dated:  December 21, 2020  ARCHER & GREINER, P.C.
       Wilmington, Delaware

*/s/ Bryan J. Hall*
Bryan J. Hall (DE No. 6285)
300 Delaware Avenue
Suite 1100
Wilmington, Delaware 19801
302-356-6625
bjhall@archerlaw.com

*Co-Counsel to Alan D. Halperin,
Liquidating Trustee of the FBI
Wind Down, Inc. Liquidating Trust*