**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 7 |
| BREUNERS HOME FURNISHINGS CORP., | : Case No. 04-12030 (MFW) |
| Debtor. | : |
| | : **Objection Deadline: January 11, 2021** |
| | : **Hearing Date: Only if an objection is filed.** |

**NOTICE OF APPLICATION OF THE LIQUIDATING TRUSTEE
OF THE FBI WIND DOWN, INC. LIQUIDATING TRUST
<u>FOR PAYMENT OF UNCLAIMED FUNDS</u>**

     **PLEASE TAKE NOTICE** that on December 21, 2020, Alan D. Halperin, in his capacity as the Liquidating Trustee (the "<u>Liquidating Trustee</u>") of the FBI Wind Down, Inc. Liquidating Trust (the "<u>Liquidating Trust</u>"), filed with the United States Bankruptcy Court for the District of Delaware (the "<u>Bankruptcy Court</u>") the *Application of the Liquidating Trustee of the FBI Wind Down, Inc. Liquidating Trust for Payment of Unclaimed Funds* (the "<u>Application</u>").  A copy of the Application is annexed to this Notice.

     Any response or objection to the Application must be filed in writing with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel for the Liquidating Trustee on or before **January 11, 2021** (the "<u>Objection Deadline</u>").

     If a response or objection to the Application is timely filed and served, a hearing on the Application will be held on a date and time as directed by the Court.

     **IF NO RESPONSES TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated:  December 21, 2020<br>       Wilmington, Delaware | ARCHER & GREINER, P.C.<br><br>*/s/ Bryan J. Hall*<br>Bryan J. Hall (DE No. 6285)<br>300 Delaware Avenue, Suite 1100<br>Wilmington, Delaware 19801<br>302-356-6625<br>bjhall@archerlaw.com<br><br>*Co-Counsel to Alan D. Halperin,*<br>*Liquidating Trustee of the FBI*<br>*Wind Down, Inc. Liquidating Trust* |