EXHIBIT C

LOCAL FORM 127

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Breuners Home Furnishings Corp. |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number:

---

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $238,781.88 |
|---|---|
| Claimant's Name: | Alan D. Halperin, in his capacity as the Liquidating Trustee of the FBI Wind Down, Inc. Liquidating Trust |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | Alan D. Halperin<br>Liquidating Trustee<br>FBI Wind Down, Inc. Liquidating Trust<br>c/o Halperin Battaglia Benzija LLP<br>40 Wall Street, 37th Floor<br>New York, New York 10005<br>(212) 765-9100<br>ahalperin@halperinlaw.net |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

The Claimant is the party entitled to the unclaimed funds.
The Applicant is the party filing the application. The Applicant and Claimant may be the same.

Local Form 127

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
District of Delaware
1313 N. Market Street
Wilmington, Delaware 19801

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 12/16/20 | Date: |
| Signature of Applicant: /s/ , as Trustee | Signature of Co-Applicant (if applicable): |
| Printed Name of Applicant: Alan D. Halperin | Printed Name of Co-Applicant (if applicable): |
| Address: FBI Wind Down, Inc. Liquidating Trust c/o Halperin Battaglia Benzija LLP 40 Wall Street, 37th Floor New York, New York 10005 | Address: |
| Telephone: (212) 765-9100 | Telephone: |
| Email: ahalperin@halperinlaw.net | Email: |

**6. Notarization**
STATE OF New York
COUNTY OF New York

This Application for Unclaimed Funds, dated 12/18/20 was subscribed and sworn to before me this 18th day of December, 20 20 by Alan D. Halperin who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public /s/

LIGEE GU
NOTARY PUBLIC, State of New York
No. 02GU6241333
Qualified in New York County
Commission Expires May 16, 2023

My commission expires:

**6. Notarization**
STATE OF
COUNTY OF

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20 ___ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires:

Proof of Identity

[**REDACTED**]