EXHIBIT D

PROPOSED ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 7 |
| BREUNERS HOME FURNISHINGS CORP., | : Case No. 04-12030 (MFW) |
| Debtor. | : |
| | : Re: D.I. __ |

**ORDER GRANTING THE APPLICATION OF THE LIQUIDATING TRUSTEE**
**OF THE FBI WIND DOWN, INC. LIQUIDATING TRUST**
**FOR PAYMENT OF UNCLAIMED FUNDS**

On December 21, 2020, Alan D. Halperin, in his capacity as the Liquidating Trustee (the "Liquidating Trustee") of the FBI Wind Down, Inc. Liquidating Trust (the "Liquidating Trust"), filed the *Application of the Liquidating Trustee of the FBI Wind Down, Inc. Liquidating Trust for Payment of Unclaimed Funds* (the "Application") seeking payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The Court has reviewed the Application and the supporting documentation submitted in connection therewith and has determined that the Court has jurisdiction to consider the Application and the relief requested therein, that due and proper notice of the Application has been given, that the requirements of 28 U.S.C. § 2042 and Local Bankruptcy Rule 3011-1(b), (c) and (d) have been satisfied, and that the Liquidating Trustee is entitled to the unclaimed funds requested in the Application. Accordingly, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 2042, the sum of $238,781.88 held in unclaimed funds be made payable to Alan D. Halperin, in his capacity as the Liquidating Trustee of the FBI Wind Down, Inc. Liquidating Trust and be disbursed to the Liquidating Trustee at the following address:

       Alan D. Halperin
       Liquidating Trustee
       FBI Wind Down, Inc. Liquidating Trust
       c/o Halperin Battaglia Benzija LLP
       40 Wall Street, 37th Floor
       New York, New York 10005

and is it further

       ORDERED, that the Clerk will disburse the above described funds not earlier than 14 days after the date of entry of this Order.