# **CERTIFICATE OF SERVICE**

I, Bryan J. Hall, hereby certify that on December 21, 2020, I caused copies of the *Application of the Liquidating Trustee of the FBI Wind Down, Inc. Liquidating Trust for Payment of Unclaimed Funds* to be served by U.S. Mail and/or email upon the following:

United States Attorney's Office
District of Delaware
1313 N. Market Street
Wilmington, DE 19801

Juliet M. Sarkessian
U.S. Trustee's Office
844 King Street
Room 2207, Lockbox #35
Wilmington, DE 19899-0035
juliet.m.sarkessian@usdoj.gov

Alfred T. Giuliano, Chapter 7 Trustee
Giuliano Miller & Co., LLC
2301 E. Evesham Road
Pavilion 800, Suite 210
Voorhees, NJ 08043
atgiuliano@giulianomiller.com

*/s/ Bryan J. Hall*
Bryan J. Hall (DE No. 6285)