IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| BREUNERS HOME FURNISHING, INC. *et al.* | : | Case No. 04-12030 (MFW) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | | Related to Docket Nos. 2435, 2437, 2439, 2446, 2449, 2453, 2455, 2457, 2459, 2463, 2465, 2447, 2461, 2467, 2469, 2471, 2473 and 2475 |
| | : | |

## ORDER TO PAY UNCLAIMED FUNDS

Upon the applications (the "Applications") of Recovery Services, Inc. VII as Assignee ("RSI"), to pay unclaimed funds as more fully set forth in the Applications; and the Court having jurisdiction to consider the Applications and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Applications and the relief requested therein being core proceedings pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that due and proper notice of the Applications has been provided, and it appearing that no other or further notice need be provided; and the Court having reviewed and considered the Applications; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** that the Clerk shall pay checks in the following amounts, representing the unclaimed payments to RSI.

| | |
|---|---|
| Docket No. 2435 | $932.90 |
| Docket No. 2437 | $500.00 |
| Docket No. 2439 | $250.00 |
| Docket No. 2446 | $300.00 |
| Docket No. 2449 | $331.51 |

123381403.1

| | |
|---|---|
| Docket No. 2453 | $600.00 |
| Docket No. 2455 | $450.00 |
| Docket No. 2457 | $515.00 |
| Docket No. 2459 | $686.16 |
| Docket No. 2461 | $960.28 |
| Docket No. 2463 | $1,700.00 |
| Docket No. 2465 | $800.00 |
| Docket No. 2467 | $250.00 |
| Docket No. 2469 | $515.00 |
| Docket No. 2471 | $357.00 |
| Docket No. 2473 | $301.78 |
| Docket No. 2475 | $687.60 |

The Clerk will disburse these funds not earlier than 14 days after entry of this Order.

**Dated: June 7th, 2021**
**Wilmington, Delaware**

*Mary F. Walrath*
**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**

123381403.1