# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Breuners Home Furnishings Corp.  
2501 Oregon Pike  
Lancaster, PA 17601  
  EIN: 33–0676647  
Breuners Home Furnishing Corporation  
Breuners Home Furnishing  
Breuners Home Furniture  
Breuner's  
Breuner's Home Furnishing Corporation  

**Chapter:** 7

**Case No.:** 04–12030–MFW

## NOTICE OF HEARING

Michael Hampton has filed a Motion for Release of Unclaimed Funds.

A hearing regarding this motion is scheduled for 8/11/21 at 02:00 PM at the United States Bankruptcy Court, 824 Market Street, 5th Floor, Courtroom #4, Wilmington, DE 19801 . Objections are due on or before 8/4/21 .

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Date: 7/8/21

(VAN–455)