**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| BREUNERS HOME FURNISHINGS CORP., *et al.*,[1] | : Case No. 04-12030 (MFW) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : |
| | : |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 8, 2021 AT 2:00 P.M.**

**UNCONTESTED MATTERS WITH CERTIFICATION OF NO OBJECTION (C.N.O.)**

1. Motion for Release of Unclaimed Funds of Dilks & Knopik, LLC [filed August 11, 2021, Docket No. 2530].

   Response Deadline:  September 2, 2021 at 4:00 p.m.

   Responses Received:  None

   Related Documents:

   A. Certification of No Objection [Docket No. 2535); Filed on September 2, 2021]

   B. Proposed Order to Pay Unclaimed Funds

   Status:  A Certification of No Objection has been filed.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

By:  */s/ Seth A. Niederman*
Seth A. Niederman (No. 4588)
919 North Market Street, Suite 300
P.O. Box 2323
Wilmington, DE  19899-2323
Phone (302) 654-7444/Fax (302) 656-8920
sniederman@foxrothschild.com

-and-

---

[1] The Debtors consist of the following parties: Breuners Home Furnishings Corp., Huffman Koos, Inc., and Huffman Koos Real Estate, Inc.

125989366.1

Agenda for Hearing on September 8, 2021 at 2:00 p.m.
The Honorable Mary F. Walrath
Page 2 of 2

        Michael G. Menkowitz
        Magdalena Schardt
        2000 Market Street, Twentieth Floor
        Philadelphia, PA 19103-3232
        Phone (215) 299-2000/ Fax (215) 299-2150
        mmenkowitz@foxrothschild.com
        mschardt@foxrothschild.com

        *Attorneys for Alfred T. Giuliano, Chapter 7 Trustee for the estates of Breuners Home Furnishings Corp., et al*.

Dated:  September 3, 2021

125989366.1