IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                    )        Chapter:
                                          )
                                          )
                                          )
          Debtor(s)                       )        Case No:


## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On_____, an application was filed for the Claimant(s),

_____

for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a).  The

application and supporting documentation establish that the Claimant(s) is/are entitled to the

unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $_____held in

unclaimed funds be made payable to

_____

and be disbursed to the payee at the following address:


The Clerk will disburse these funds not earlier than 14 days after entry of this order.


**Dated: May 22nd, 2024**                          **MARY F. WALRATH**
**Wilmington, Delaware**                           **UNITED STATES BANKRUPTCY JUDGE**